# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **DAVID SCOTT FROST,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 6:20-cv-00517-RDP-SGC |
| **HOYT MOORE, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

On July 15, 2020, the Magistrate Judge filed a Report and Recommendation recommending this action be dismissed without prejudice for lack of prosecution. (Doc. # 6). Although the Magistrate Judge advised Plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** the Recommendation. Accordingly, this action is due to be dismissed without prejudice for lack of prosecution. A separate Final Judgment will be entered.

**DONE** and **ORDERED** this August 17, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE